BYBEE, Circuit Judge,
concurring in part and dissenting in part:
I concur in the disposition in its entirety except for the portion of numbered paragraph 3 that vacates Harris’s conviction on counts 1, 3, 4, 12, and 13. I think the evidence is sufficient to show that Harris knowingly and intentionally aided and abetted the nuisance abatement bribery scheme. The record amply demonstrates that Harris wrote checks to the AGS subcontractors for the actual clean-up work and deposited the weekly checks from Jackson & Associates for AGS’s cut of the proceeds; that she wrote checks from AGS to AMAC for campaign flyers, which was the core of the bribery counts; that she lied about these payments to the grand jury; and that she admitted that she made the payments from AGS to AMAC to ensure that AGS could keep its contract. Harris received hundreds of thousands of dollars as a result of her involvement. For me, this is sufficient to uphold the jury’s verdict.